**U.S. Department of Justice**
United States Marshals Service

# PROCESS RECEIPT AND RETURN
See "Instructions for Service of Process by U.S. Marshal"

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| Ornrat Keawsri, Schina Nagae, Takayuki Sekiya, Siwapon Topon, and Pimparat Ketchati | 2:22-mc-00080 |
| **DEFENDANT** | **TYPE OF PROCESS** |
| Yasuko Negita, Masahiko Negita, Miho Maki, Ramen-Ya, Inc., Kenji Kora, and Y&S Inter | Writ of Execution |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Yasuko Negita
ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
309 Knickerbocker Rd., Tenafly, NJ 07670 a/k/a/ 8 Floral Terrace, Tenafly, NJ 07670

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW
Paul H. Schafhauser
Greenberg Traurig, LLP
500 Campus Drive, Suite 400
Florham Park, NJ 07932

| Number of process to be served with this Form 285 | 2 |
|---|---|
| Number of parties to be served in this case | 2 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):

Signature of Attorney other Originator requesting service on behalf of:  [X] PLAINTIFF  [ ] DEFENDANT
/s/ Paul H. Schafhauser
TELEPHONE NUMBER: 973.443.3233
DATE: 10/18/2022

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. | Total Process: 1 | District of Origin No. 50 | District to Serve No. 50 | Signature of Authorized USMS Deputy or Clerk: E. Baskerville | Date: 10/27/22 |

I hereby certify and return that I [X] have personally served, [ ] have legal evidence of service, [ ] have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

[ ] I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

Name and title of individual served (if not shown above):
MASA NEGITA (HUSBAND)

Date: 11/15/22
Time: 12:45 [X] pm

Signature of U.S. Marshal or Deputy:
DUSN MOURTOS

Costs shown on attached USMS Cost Sheet >>

**REMARKS**

4- DUSM Hours @ $65.00 = $260.00
mileage - $25.00
Total $285.00
Deposit - $300.00 - $285.00 = $15.00 - Refund Amount

Form USM-285
Rev. 03/21